Nov. Term,
1837.

BARBEE *v.* INMAN.—In chancery.

FOLEY
v.
KNIGHT.
Saturday,
December 2.

A CONVEYANCE of real estate was, by the contract of the parties, to be executed on payment of the purchase-money; and the money was to be paid *on or before the first of May,* 1834. The money was tendered, and the deed demanded, *on the* 29*th of April,* 1834. *Held,* that the tender and demand were valid.

If the vendor in such case, having by the contract the right to designate the point, between two given points, for the beginning corner of the tract, refuse, when properly applied to, to exercise that right,—the point may be designated by the vendee.

---

WILEY, on the Relation, &c., *v.* SHANK and Another.
In error.

Tuesday,
December 5.

A CONTRACT by which two persons by name, describing themselves as trustees of a certain school-district, agree that the "trustees" shall pay a teacher a certain sum for his services, and which is executed by those persons in their own names,—is binding upon them individually.

In a justice's Court, an article of agreement between the parties, containing conditions precedent to be performed by the plaintiff, may be filed as the cause of action, without an averment of performance of the conditions.